**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 16-12147 - A - 13
Antonio Navarro and                ) Docket Control No. MRG-5
Maria Navarro,                     ) Document No. 131
              Debtors.             ) Date: 02/05/2020
                                   ) Time: 3:00 PM
_____    ) Dept: A
```

**Order**

IT IS ORDERED that the motion is denied as moot.

Dated: Feb 07, 2020

                                                     /s/ Fredrick E. Clement
                                                     Fredrick E. Clement
                                                     United States Bankruptcy Judge

[131] - Motion for Relief from Automatic Stay [MRG-5] Filed by Creditor US Bank Trust N.A. (Fee Paid $0.00) (eFilingID: 6661107) (smis)