Filed 02/04/20  Case 16-12147  Doc

**Fill in this information to identify the case:**

Debtor 1: Antonio Navarro

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of CA (State)

Case number: 16-12147

Form 4100R
# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3954

**Property address:** 2390 S Waldby Ave
Number    Street

Fresno CA 93725
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 36,227.32

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 7790.14

c. **Total**. Add lines a and b.    (c) $ 44,017.46

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    11 / 01 / 2017
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1    **Antonio Navarro**
           First Name    Middle Name    Last Name           Case number *(if known)* 16-12147

---

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Kristin A. Zilberstein**
     Signature                                   Date   2 / 4 / 2020

Print    **Kristin A. Zilberstein**
        First Name    Middle Name    Last Name        Title   Authorized Agent for Secured Creditor

Company    **Ghidotti | Berger LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1920 Old Tustin Ave.
          Number       Street

          Santa Ana           CA         92705
          City                         State       ZIP Code

Contact phone   ( 949 ) 427 – 2010           Email   bknotifications@ghidottiberger.com

---

2

Kristin A. Zilberstein, Esq. (SBN: 200041)
L. Bryant Jaquez, Esq. (SBN 252125)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorneys for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In Re:<br><br>Antonio Navarro<br>Maria Navarro<br><br>　　　Debtors. | Case No.: 16-12147<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE** |

File No. 19-013546
Proof of Service, Case No. 17-20765

# CERTIFICATE OF SERVICE

On February 4, 2020, I served the foregoing documents described as Response to Notice of Final cure Payment, on the following individuals by depositing true copies thereof in the United States first class mail at Santa Ana, California, enclosed in a sealed envelope, with postage page addressed as follows:

COUNSEL FOR DEBTOR
Matthew G. Grech
2000 Broadway Street, Suite 231
Redwood City, CA 94063

COUNSEL FOR DEBTOR
Marshall D. Moushigian
8225 N Yorktown Dr
Fresno, CA 93720

TRUSTEE
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

DEBTOR
Antonio Navarro
2390 S. Waldby Avenue
Fresno, CA 93725

JOINT DEBTOR
Maria Navarro
2390 S. Waldby Avenue
Fresno, CA 93725

U.S. TRUSTEE
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

/s/ Evan Tragarz
Evan Tragarz